IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BEATRICE HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv331 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 10, a post-judgment motion filed by the plaintiff, Beatrice Hudson. Judgment has been entered in this case, and the case is closed. Accordingly, no further action will be taken by this court. Filing no. 10 is denied.

SO ORDERED.

October 3, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge